# Order

**Lansing, Michigan**

June 11, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162891(15)(16)(19)

*In re* INDEPENDENT CITIZENS
REDISTRICTING COMMISSION FOR STATE
LEGISLATIVE AND CONGRESSIONAL
DISTRICT'S DUTY TO REDRAW DISTRICTS
BY NOVEMBER 1, 2021.                          SC: 162891

_____/

On order of the Chief Justice, the separate motions of (1) Count MI Vote, doing business as Voters Not Politicians, (2) the Michigan Senate, and (3) the League of Women Voters to file briefs amicus curiae are GRANTED. The amicus briefs submitted by those entities on June 9, 2021, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2021

Clerk